UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------
LESLIE BECKER,

                              Plaintiff,

      -v.-                                                1:09-CV-392
HON. DAVID L. PATERSON and                      (NAM/DRH)
HON. RICHARD C. GIARDINO,

                              Defendants.
--------------------------------------------------------------------------
APPEARANCES:

LESLIE BECKER
Plaintiff pro se
00-A-5230
McGregor Correctional Facility
10000 Mt. McGregor Road
Wilton, New York 12831

DAVID R. HOMER, U.S. MAGISTRATE JUDGE

## REPORT-RECOMMENDATION and ORDER

**I.    Background.**

Presently before this Court is an application to proceed in forma pauperis and a civil rights complaint filed by Leslie Becker ("Becker" or "plaintiff"). Becker has not paid any fee relating to this action.

Becker brings this action resulting from his 2000 conviction in state court alleging that his sentence is in violation of his constitutional rights under the 5th and 14th amendments. For a complete statement of plaintiff's claims, reference is made to the complaint. Docket No. 1.

As to Becker's application to proceed in forma pauperis, after reviewing the file, the Court finds that plaintiff may properly proceed with this matter in forma pauperis.

**II.     Plaintiff's Complaint.**

    **A.  Defendant Judge Richard C. Giardino**

One of the named defendants in Becker's complaint is Schenectady County Judge Richard C. Giardino.  Becker contends that he was resentenced by Judge Giardino to an enhanced term to include a period of post-release supervision based on a newly-enacted state law that should not be applied to his sentence. For the reasons stated below, the claims against Judge Giardino should be dismissed from plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and N.D.N.Y.L.R. Rule 5.4(a).

28 U.S.C. § 1915(e), as amended, directs that the Court:

(2)    [S]hall dismiss the case at any time if the court determines that -

\*\*\*

> (B) the action ... (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. § 1915(e)(2)(B).

The law in this Circuit clearly provides that "[j]udges enjoy ***absolute immunity*** from personal liability for 'acts committed within their judicial jurisdiction.'" Young v. Selsky, 41 F.3d 47, 51 (2d Cir. 1994) (emphasis added) (quoting Pierson v. Ray, 386 U.S. 547 (1967)).  "The absolute immunity of a judge applies however erroneous the act may have been, and however injurious in its consequences it may have proved to the plaintiff." Young, 41 F.3d at 51 (internal quotations omitted).  Accordingly, plaintiff's claims against Judge Giardino should be dismissed.

B. **The Remaining Defendants**.

As to the remaining defendants in Baker's complaint, the Court finds that the case may proceed.

WHEREFORE, it is hereby

**RECOMMENDED** that the claims against County Judge Richard Giardino be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District; and it is further

**ORDERED**, that plaintiff's in forma pauperis application is granted.[1] The Clerk shall issue a summons and forward it, along with a copy of the complaint, to the United States Marshal for service upon the defendant. The Clerk shall forward a copy of the summons and complaint by mail to the Office of the New York State Attorney General, together with a copy of this order; and it is further

**ORDERED**, that the Clerk provide the Superintendent of the facility designated by plaintiff as his current location with a copy of plaintiff's authorization form, and notify the official that this action has been filed and that plaintiff is required to pay the entire statutory filing fee of $350.00 pursuant to 28 U.S.C. § 1915; and it is further

**ORDERED**, that the Clerk provide a copy of plaintiff's authorization form to the Financial Deputy of the Clerk's Office; and it is further

**ORDERED**, that a response to the complaint be filed by defendant or his counsel as provided for in the Federal Rules of Civil Procedure after service of process on

---

[1] Plaintiff should note that he will still be required to pay fees that he may incur in this action, including but not limited to copying and/or witness fees.

defendants; and it is further

**ORDERED**, that all pleadings, motions and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367.  **Any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing the date that a true and correct copy of same was mailed to all opposing parties or their counsel.  Any document received by the Court or the Clerk that does not include a proper certificate of service will be returned without processing.** Plaintiff must comply with requests by the Clerk's Office for any documents that are necessary to maintain this action.  All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions, which must be returnable before the assigned Magistrate Judge with proper allowance for notice as required by the Rules.  **Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel of any change in his address; his failure to do so will result in the dismissal of this action.**  All motions will be decided on submitted papers without oral argument unless otherwise ordered by the Court; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on plaintiff by regular mail.

**IT IS SO ORDERED.**

Dated:  April 17, 2009

David R. Homer
United States Magistrate Judge

4