**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LESLIE BECKER,**

                **Plaintiff,**

        **v.**                                         **1:09-CV-392**

**HON. DAVID L. PATERSON and**
**HON. RICHARD C. GIARDINO,**

                **Defendants.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

LESLIE BECKER
00-A-5230
McGregor Correctional Facility
10000 Mt. McGregor Road
Wilton, New York 12831

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 17th day of April 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The claims against County Judge Richard Giardino are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    **IT IS SO ORDERED.**

Dated:  May 11, 2009
         Syracuse, New York

*(signature)*
Norman A. Mordue
Chief United States District Court Judge