# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Leslie Becker**

     vs.                      **CASE NUMBER: 1:09-CV-392 (NAM/DRH)**

**Hon. David A. Paterson and Hon. Richard C. Giardino**

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant David A. Paterson's Motion to Dismiss is granted and the Complaint is dismissed in its entirety as to this defendant.  Judgment is entered in favor of the defendants' and this case is closed.

That the Report and Recommendation of Magistrate Judge David R. Homer as to defendant Richard C. Giardino was adopted in its entirety and the claims against this defendant were previously dismissed.

All of the above pursuant to the Orders of the Honorable Chief Judge Norman A. Mordue, dated the 5/11/2009 and 3/23/2010.

DATED: March 25, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk